# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:20-CV-00266-MOC-DSC

| | |
|---|---|
| **ROBERT E STAFFORD JR. et. al.,** )<br>)<br>**Plaintiffs,** )<br>)<br>v. )<br>)<br>)<br>**BOJANGLES' RESTAURANTS INC.,** )<br>)<br>**Defendant.** ) | **MEMORANDUM AND RECOMMENDATION** |

**THIS MATTER** is before the Court on "Defendant's Motion to Compel Compliance with Rule 30 and for Sanctions" (document #317), as well as the parties' briefs and exhibits.

The Motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §636(b)(1)(B) and is now ripe for the Court's consideration.

The Court has carefully considered the authorities, the record and the parties' arguments. Defendant has credibly established that Plaintiff's counsel obstructed the deposition of named Plaintiff Stafford. See "Deposition Transcript of Robert Stafford, II" (document #317-2).

Although Fed. R. Civ. P. 37 identifies a number of possible sanctions, Defendant has elected to seek only prospective relief under Rule 30 concerning counsel's conduct in future depositions, as well as attorneys' fees and costs incurred in the Stafford deposition and in preparing and prosecuting this Motion. The Court declines to grant prospective relief or attorneys' fees and costs arising from the deposition. The Court in its discretion does find, however, that Defendant is entitled to recover its attorneys' fees and costs incurred in preparing and prosecuting this Motion.

## RECOMMENDATION

**FOR THE FOREGOING REASONS**, the undersigned respectfully recommends that "Defendant's Motion to Compel Compliance with Rule 30 and for Sanctions" (document #317) be **GRANTED IN PART and DENIED IN PART**. Specifically, the undersigned recommends that the District Judge award Defendant attorney's fees and costs incurred in the preparation and prosecution of this Motion in an amount to be determined by the District Judge.

### NOTICE OF APPEAL RIGHTS

The parties are hereby advised that, pursuant to 28 U.S.C. §636(b)(1)(c), written objections to the proposed findings of fact and conclusions of law and the recommendation contained in this Memorandum must be filed within fourteen days after service of same. Failure to file objections to this Memorandum with the Court constitutes a waiver of the right to de novo review by the District Judge. Diamond v. Colonial Life, 416 F.3d 310, 315-16 (4th Cir. 2005); Wells v. Shriners Hosp., 109 F.3d 198, 201 (4th Cir. 1997); Snyder v. Ridenour, 889 F.2d 1363, 1365 (4th Cir. 1989). Moreover, failure to file timely objections will also preclude the parties from raising such objections on appeal. Thomas v. Arn, 474 U.S. 140, 147 (1985); Diamond, 416 F.3d at 316; Page v. Lee, 337 F.3d 411, 416 n.3 (4th Cir. 2003); Wells, 109 F.3d at 201; Wright v. Collins, 766 F.2d 841, 845-46 (4th Cir. 1985); United States v. Schronce, 727 F.2d 91 (4th Cir. 1984).

The Clerk is directed to send copies of this Memorandum and Recommendation to the parties' counsel and to the Honorable Max O. Cogburn, Jr.

**SO ORDERED AND RECOMMENDED**.

Signed: November 2, 2022

David S. Cayer
United States Magistrate Judge