UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20-cv-266-MOC

| | |
|---|---|
| ROBERT E. STAFFORD, JR. on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> BOJANGLES RESTAURANTS, INC., <br><br> Defendant. | ORDER |

**THIS MATTER** comes before the Court on Defendant's Motion for Attorney Fees. (Doc. No. 359). Plaintiff has filed a brief in opposition to the motion. (Doc. No. 367). The Court will grant the motion and order Plaintiff's counsel L. Michelle Gessner to pay attorney fees to Defendant. However, the Court will defer a decision on the amount of attorney fees until after the litigation in this matter has ended.

**IT IS SO ORDERED**.

Signed: September 28, 2023

Max O. Cogburn Jr
United States District Judge